In the Matter of the Judicial Settlement of the Account of Proceedings of the BANK OF NEW YORK AND TRUST COMPANY (formerly NEW YORK LIFE INSURANCE AND TRUST COMPANY), as Trustee of the Residuary Trusts Created by the Last Will and Testament of JOHN DUER, Deceased.— Decree so far as appealed from affirmed, with costs to respondents Beverley Duer and Sophie Duer Schley payable out of the fund. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PEOPLE'S BENEVOLENT ASSOCIATION, INC., Appellant, v. BRONX COUNTY MEDICAL SOCIETY, INC., and EDWARD C. PODVIN, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. The complaint sufficiently charges that the alleged libelous matter was published of and concerning the plaintiff. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN McKEEVER, an Infant, by BRIDGET McKEEVER, His Guardian ad Litem, and BRIDGET McKEEVER, Respondents, v. NEW YORK RAILWAYS CORPORATION, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents and votes for reversal and dismissal of the complaint.

CHARLES E. PRITCHARD, Respondent, v. M. & J. TRACY, INC., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CLARA W. MURTHA and CENTRAL HANOVER BANK AND TRUST COMPANY, as Executors, etc., of THOMAS F. MURTHA, Deceased, Appellants, v. RALPH B. HIBBARD, INC., and RALPH B. HIBBARD, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAX OLTARSH and MOSES OLTARSH, Respondents, v. SHEDER REALTY CORPORATION, Appellant,— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

METROPOLITAN TITLE GUARANTY COMPANY, Respondent, v. BLANCHARD PRESS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents and votes to reverse and deny the motion on the ground there is a triable issue presented in this case.

ADOLPH BUHLER and Others, Respondents, v. CANDY & CHOCOLATE EQUIPMENT CO., INC., Defendant, Impleaded with AMERICAN BUHLER MACHINERY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS RUSSELL, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.